**E-filed 1/23/08**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Qin Chen,<br><br>                Plaintiff,<br><br>    v.<br><br>Michael CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; Emilio T. GONZALEZ, in his Official Capacity, Director, U.S. Citizenship and Immigration Services; David N. STILL, in his Official Capacity, San Francisco District Director, U.S. Citizenship and Immigration Services; and Robert S. MUELLER, III, in his Official Capacity, Director, Federal Bureau of Investigation<br><br>                Defendants. | Case Number C 07-6415 JF<br><br>ORDER[1] TO SHOW CAUSE<br><br>[re: docket no. 1] |

      On December 19, 2007, Petitioner Qin Chen ("Petitioner") filed a petition for hearing on naturalization application under the Immigration and Nationality Act ("INA") § 336(b) and 8 U.S.C. § 1447(b) against Defendants Michael Chertoff, in his Official Capacity, Secretary, Department of Homeland Security; Emilio T. Gonzalez, in his Official Capacity, Director, U.S.

---

[1] This disposition is not designated for publication and may not be cited.

Citizenship and Immigration Services; David N. Still, in his Official Capacity, San Francisco District Director, U.S. Citizenship and Immigration Services; and Robert S. Mueller, III, in his Official Capacity, Director, Federal Bureau of Investigation ("Respondents"). Petitioner requests that this Court adjudicate her application for naturalization and grant her naturalization or, if necessary, order that a hearing take place in this matter.

Petitioner alleges the following. Petitioner is a lawful permanent resident of the United States. On December 19, 2005, Petitioner was interviewed for her naturalization application. Petitioner's application for naturalization has remained un-adjudicated for more than 25 months from the date of interview. Defendants have sufficient information to determine Petitioner's eligibility pursuant to applicable requirements.

Petitioner has exhausted all administrative remedies, and asserts her right to obtain this Court's *de novo* judicial review, pursuant to INA § 310(c), 8 U.S.C. 1421(c) , and a hearing. Petitioner alleges the Department of Homeland Security has failed to adjudicate his application for naturalization within 120 days of her examination. Pursuant to 8 U.S.C. § 1447(b):

> If there is a failure to make a determination under section 1446 of this title before the end of the 120-day period after the date on which the examination is conducted under such section, the applicant may apply to the United States district court for the district in which the applicant resides for a hearing on the matter. Such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter.

Petitioner requests that this Court adjudicate her naturalization application. Good cause therefore appearing, IT IS HEREBY ORDERED as follows:

(1) The Clerk of the Court shall serve by certified mail a copy of the petition and a copy of this Order upon counsel for Respondents.

(2) Respondents shall, within sixty (60) days after receiving service of the petition, file and serve upon Petitioner an answer, showing cause why the relief prayed for should not be granted. At the time the answer is filed, Respondents shall lodge with the Court all records relevant to a determination of the issues presented by the complaint. If Respondents contend that Petitioner has failed to exhaust administrative remedies as to any ground for relief asserted in the complaint, Respondents shall specify what administrative remedy remains available to Petitioner.

2

If Respondents waive or concede the issue of exhaustion, Respondents shall so state in their answer.

  (3) Petitioner may file a response to the matters raised in the answer within thirty (30) days after receiving the answer.

  (4) Unless otherwise ordered by the Court, the matter will be deemed submitted upon the filing of the response or upon the expiration of time to file a response.

DATED: January 23, 2008

                _____
                JEREMY FOGEL
                United States District Judge

This Order has been served upon the following persons:

Office of the United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113