**E-filed 3/25/08**

1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12  QIN CHEN,                                 )
                                              ) No. C 07-6415 JF
13              Plaintiff,                    )
                                              )
14        v.                                  )
                                              ) **STIPULATION TO EXTEND TIME
15  MICHAEL CHERTOFF, in his Official Capacity,) **WITHIN WHICH THE DEFENDANTS
    Secretary, Department of Homeland Security;) **MUST FILE A RESPONSE TO THE
16  EMILIO T. GONZALEZ, in his Official Capacity,) **COURT'S ORDER TO SHOW
    Director, U.S. Citizenship and Immigration )
17  Services; DAVID N. STILL, in his Official )
    Capacity, San Francisco District Director, U.S. )
18  Citizenship and Immigration Services; and )
    ROBERT S. MUELLER, III, in his Official   )
19  Capacity, Director, Federal Bureau of     )
    Investigation,                            )
20                                            )
                Defendants.                   )
21  _____)

22       Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of time

24  within which the Defendants must serve its response to the Court's January 23, 2008 Order to

25  Show Cause in the above-entitled action.  Defendants will file their response on or before April

26  21, 2008.

27  ///

28
    Stip to Ext Time
    C 07-6415 JF                              1

1 | Dated: March 21, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

Dated: March 21, 2008

STANLEY CHAO
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   3/25/08

JEFFREY FOGEL
United States District Judge

Stip to Ext Time
C 07-6415 JF

2