1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

| | | |
|---|---|---|
| 12 | QIN CHEN, ) | |
| | ) | No. C 07-6415 JF |
| 13 | Plaintiff, ) | |
| | ) | |
| 14 | v. ) | **STIPULATION TO DISMISS AND** |
| | ) | **[PROPOSED] ORDER** |
| 15 | MICHAEL CHERTOFF, in his Official Capacity, ) | |
| | Secretary, Department of Homeland Security; ) | |
| 16 | EMILIO T. GONZALEZ, in his Official Capacity, ) | |
| | Director, U.S. Citizenship and Immigration ) | |
| 17 | Services; DAVID N. STILL, in his Official ) | |
| | Capacity, San Francisco District Director, U.S. ) | |
| 18 | Citizenship and Immigration Services; and ) | |
| | ROBERT S. MUELLER, III, in his Official ) | |
| 19 | Capacity, Director, Federal Bureau of ) | |
| | Investigation, ) | |
| 20 | ) | |
| | Defendants. ) | |
| 21 | ) | |

22     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to

26 adjudicate such application within 30 days of the dismissal of this action.

27     The parties also request that the Court vacate the case management conference scheduled for

28

Stip to Dismiss
C 07-6415 JF                       1

1  April 18, 2008.

2  Each of the parties shall bear their own costs and fees.

3  Dated: April 17, 2008                              Respectfully submitted,

4                                                     JOSEPH P. RUSSONIELLO
                                                      United States Attorney

5

6

7                                                     _____/s/_____
                                                      EDWARD A. OLSEN[1]
                                                      Assistant United States Attorney
8                                                     Attorney for Defendants

9

10
   Dated: April 16, 2008                              _____/s/_____
11                                                    STANLEY CHAO
                                                      Attorney for Plaintiff
12

13

14                                    **ORDER**

15  Pursuant to stipulation, IT IS SO ORDERED.

16

17  Date: 4/17/08

18                                                    _____
                                                      J̶E̶F̶F̶R̶E̶Y̶ ̶F̶O̶G̶E̶L̶ JEREMY FOGEL
                                                      United States District Judge
19

20

21

22

23

24

25

26  _____

27  [1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

28
Stip to Dismiss
C 07-6415 JF                                2